UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff-Petitioner,            Case No. 14-20427-05

v                                              Honorable Thomas L. Ludington

MELVIN ANDREW MORRIS,

    Defendant-Respondent.

_____/

## **JUDGMENT**

In accordance with the Court's order denying the motions to vacate Petitioner's sentence under 28 U.S.C. § 2255 entered on this date,

It is **ORDERED AND ADJUDGED** that the motions to vacate pursuant to 28 U.S.C. § 2255 are **DISMISSED with prejudice.**

It is further **ORDERED AND ADJUDGED** that a certificate of appealability is **DENIED**.

It is further **ORDERED AND ADJUDGED** that leave to proceed *in forma pauperis* on appeal is **DENIED.**

                                                        s/Thomas L. Ludington
                                                        THOMAS L. LUDINGTON
                                                      United States District Judge

Dated: July 30, 2020

---

PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney of record herein by electronic means and to **Melvin Andrew Morris** #50229-039, GILMER FEDERAL CORRECTIONAL INSTITUTION, Inmate Mail/Parcels, P.O. BOX 6000, GLENVILLE, WV 26351 by first class U.S. mail on July 30, 2020.

                            s/Kelly Winslow
                            KELLY WINSLOW, Case Manager